IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE CAIN, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 05-1544 |
| | ) Judge Thomas M. Hardiman/ |
| MEDICAID DEPARTMENT, | ) Magistrate Judge Amy Reynolds Hay |
| Allegheny County, | ) |
|     Defendant | ) |

## ORDER

AND NOW, this 3rd day of April, 2006, after the plaintiff, Eugene Cain, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the complaint is dismissed for failure to prosecute;

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                    _____
                                                    THOMAS M. HARDIMAN
                                                    United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Eugene Cain
FZ-4226
SCI Coal Township
1 Kelley Drive
Coal Township, PA 15866